UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

IN RE: )
) Case No. 20-71283
RYAN LOUIS ) Chapter 11

## MOTION FOR RELIEF FROM AUTOMATIC STAY

NOW COMES FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA, (hereafter "BANK"), by its attorney, JOSEPH P. CHAMLEY of EVANS, FROEHLICH, BETH & CHAMLEY, Champaign, Illinois, and for its MOTION FOR RELIEF FROM AUTOMATIC STAY, states as follows:

1. That at the time of the filing of the Petition in this case (on December 3, 2020), the Debtor, RYAN LOUIS, was the owner of a T D Ameritrade account. Debtor stated at the Meeting of Creditors the value was approximately $112,000.00.

2. That Bank filed its Proof of Claim No. 4-1 on January 11, 2021.

3. That Citations to Discover Assets were served on RYAN LOUIS and HRL PROPERTIES & MANAGEMENT, LLC, an Illinois limited liability company, company on July 24, 2020. Copies of said Citations are attached as Exhibit A. Said Citations created liens on all assets (personal or real property) of RYAN LOUIS and HRL PROPERTIES & MANAGEMENT, LLC, an Illinois limited liability company, wherever located. 735 ILCS 5/2-1402 (m) et seq.

4. That the unpaid principal on the debt is approximately $275,825.30.

5. That the aforementioned T D Ameritrade account is burdensome to the estate, or in the alternative, is of inconsequential value and benefit to the estate.

6. WHEREFORE, FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA, prays that this Court modify the Automatic Stay accordingly to allow FIRST FEDERAL SAVINGS BANK OF CHAMPAIGN-URBANA to exercise its lien on the T D Ameritrade account (and all increases thereof), and order the 14-day stay after entry of this Order to be waived.

FIRST FEDERAL SAVINGS BANK OF
CHAMPAIGN-URBANA,

/s/Joseph P. Chamley
One of Its Attorneys

**CERTIFICATE OF SERVICE**

The undersigned certifies that the above instrument was filed electronically with the Court on March 2, 2021, and that he has determined that the following persons are registered with the Court for electronic filing, and, therefore, will be sent a copy of the pleading by the Court:

U. S. Trustee
Chapter 11 Trustee Sumner A. Bourne
Joseph Camiel Pioletti

/s/Joseph P. Chamley

**CERTIFICATE OF SERVICE**

And that a copy of this MOTION FOR RELIEF FROM AUTOMATIC STAY is being sent to the Debtors at the addresses shown below with postage fully prepaid and by depositing said envelopes in a U.S. Post Office mail box in Champaign, Illinois, on March 2, 2021.

RYAN E. LOUIS
405 WOOD DUCK CT
SHERMAN IL 62684

/s/Joseph P. Chamley

Prepared by:
JOSEPH P. CHAMLEY
EVANS, FROEHLICH, BETH & CHAMLEY
44 Main Street, Suite 310
Champaign, IL 61820
Tele: 217/359-6494